**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LARRY HENSLEY, JR.,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | NO.   19-cv-2518 |
| | : | |
| **ANDREW SAUL,[1]** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## O R D E R

AND NOW, this 2nd day of June , 2021, upon careful consideration of the Report

and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon

independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. Defendant's uncontested Motion for Remand (ECF No. 24) is GRANTED;

3. Plaintiff's Motion for Remand (ECF No. 17) and Motion for Summary Judgment

(ECF No. 15) are DENIED as moot; and

4. this matter is REMANDED to the Commissioner for further proceedings pursuant to

the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHEMHL,    J.

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Saul should be substituted for the former Acting Commissioner, Nancy A. Berryhill, as the defendant in this action.